NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARQUISE HAYNES,                )
                               )
            Appellant,          )
                               )
v.                              )          Case No. 2D20-344
                               )
STATE OF FLORIDA,               )
                               )
            Appellee.           )
_____ )

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and SMITH, JJ., Concur.